UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

**PMR Construction Services, Inc.**

Debtor

Case No. **02-13758**

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application, and in accordance with 11 U.S. C. Section 347 (a) and Bankruptcy

Rule 3011, the Court finds that funds in the amount of **$2,192.92** , constituting unclaimed

funds, are due to **Harsco Infrastructure Americas**, for reasons stated in the application

filed on **March 29, 2010.**

IT IS ORDERED that, pursuant to 11 U.S.C. Section 347 (a) and Bankruptcy Rule 3011,

the Bankruptcy Clerk, District of New Mexico, pay this unclaimed money to the order of:

Harsco Infrastructure Americas
c/o Sierra Funds Recovery, Inc.
10123 Main Place Ste. B
Bothell, WA  98011-3402

Dated: _____

Entered on docket: 4/6/10

Submitted by: _____
Michael Sullivan,
Sierra Funds Recovery, Inc.
Attorney in Fact for:  Harsco Infrastructure Americas

10123 Main Place Ste. B
Bothell, WA  98011-3402
Tel: 425.489.2669

_____
U.S. Bankruptcy Judge
District of New Mexico

UNCLAIMED FUNDS ON DEPOSIT FOR

Parent Construction

AMT $ 2,192.92

Debra J. Siner, Financial Administrator / Date