# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE: )
    PMR Construction Services, Inc. ) CASE No. 02-13758-M7
                                     )
                       Debtor )

*DENYING MOTION (doc 326)*

ORDER ∧ TO RELEASE UNCLAIMED FUNDS

IT APPEARING THAT, AN AMOUNT OF $2,192.92 constituting unclaimed funds due to Patent Construction nka Harsco Infrastructure, creditor in the above referenced case, ~~are~~ *is no longer* being held in the Court's registry account of unclaimed funds or on deposit with the United States Treasury according to Title 11 of the U.S. Code, §347 (a), *having been disbursed to Sierra Funds Recovery, Inc on 100406 (doc 328).*

*Therefore,*
IT ~~ALSO~~ APPEARING TH~~AT~~ *not* Keys Research, Attorney-in-fact for Patent Construction nka Harsco Infrastructure, has furnished all necessary documentation and otherwise ~~has~~ complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. § 2042. An Agent Authorization granting authority to petition the court to collect funds on behalf of the above reference creditor has been filed.

THEREFORE, IT IS HEREBY ∧ *NOT* ORDERED THAT, the Clerk of the Court shall release the unclaimed funds in the amount of $2,192.92 to the order of the following: *, and the motion (doc 326) is denied.*

                         Harsco Infrastructure
                         c/o Keys Research
                         23630 SE 440th Street
                         Enumclaw WA 98022

Date entered on docket: 4/8/10
Dated:_____

_____
United States Bankruptcy Judge

Submitted and approved by:

_____
Attorney-in-fact for claimant
Charlene J. Keys
FEIN 61-1264203
Keys Research
23630 SE 440th St.
Enumclaw WA 98022
(360) 825-7300

Signed Copy to Financial Administrator

UNCLAIMED FUNDS ON DEPOSIT FOR

*Patent Construction*
AMT $ *0 (funds disbursed)*
*Debra Siner 4/6/10*
Debra J. Siner, Financial Administrator / Date